# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 14, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

161837(26)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

MICHIGAN ALLIANCE FOR RETIRED
AMERICANS, DETROIT/DOWNRIVER
CHAPTER OF THE A. PHILIP RANDOLPH
INSTITUTE, CHARLES ROBINSON, GERARD
McMURRAN, and JIM PEDERSON,
      Plaintiffs-Appellees,

v

SC: 161837
COA: 354429
Ct of Claims: 2020-000108-MM

SECRETARY OF STATE and ATTORNEY
GENERAL,
      Defendants,
and

SENATE and HOUSE OF REPRESENTATIVES,
      Intervening Defendants,
and

REPUBLICAN NATIONAL COMMITTEE and
MICHIGAN REPUBLICAN PARTY,
      Proposed Intervenor
      Defendants-Appellants.
_____/

      On order of the Chief Justice, the motions for the temporary admission of out-of-state attorneys Reina Alece Almon-Griffin, Marc Elias, Jyoti Jasrasaria, Uzoma Nkwonta, and Courtney Elgart to appear and practice in this case under MCR 8.126(A) are GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 14, 2020



Clerk